ISIDOR GAINSBURG, Appellant, *v.* BENJAMIN BACHRACK, Respondent.

(Argued December 3, 1934; decided December 31, 1934.)

469

*Joseph P. Segal* and *Isidor Gainsburg* (in person) for appellant.

*Abraham N. Geller, Bernard A. Saslow* and *Irving J. Galpeer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.